## Commonwealth ex rel. Weiner v. Weiner, Appellant.

Before BONNELLY, P. J.

Argued December 11, 1968. *Marvin Comisky*, with him *Leonard Dubin, Harry O. Boreth*, and *Blank, Rome, Klaus & Comisky*, for appellant; *B. Nathaniel Richter*, for appellee.

Order affirmed.

WRIGHT, P. J., would reverse and remand for appropriate reduction.

MONTGOMERY, J., would reduce the order to $200 per week.